**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **JEMIAH HENDRICKS** | § | |
| | § | |
| **V.** | § | **Civil Action No. 4:26-cv-00740-RWS-JBB** |
| | § | |
| **PLANO FAMILY 001, LP; PLANO HOUSING CORPORATION; JEAN BROWN; AND JESSICA STEEP** | § § § | |

**ORDER**[1]

*Pro se* Plaintiff filed this case against Plano Family 001, LP, Plano Housing Corporation, executive director Jean Brown, and agent/employee Jessica Steep ("Defendants"), alleging discrimination in housing on the basis of sex and familial status in violation of the Fair Housing Act and state law claims. Dkt. No. 1. On November 18, 2026, Defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), attaching as an exhibit a copy of the relevant lease. Dkt. No. 21. Before the Court is Plaintiff's Motion to Require Defendants to Redact Personal Identifying Information from Publicly Filed Exhibits, requesting the Court direct Defendants to redact personal identifying information (residential address and minor's name) contained in Exhibit A to Dkt. No. 21. Dkt. No. 24. Defendants have filed a response, agreeing to the Court's sealing of their motion to dismiss. Dkt. No. 25. Alternatively, if the Court strikes the pending motion to dismiss, Defendants state they will refile their motion to dismiss with a redacted version of Exhibit A. Having carefully considered Plaintiff's motion and noting it is unopposed, the motion is hereby **GRANTED**. It is

**ORDERED** that the Clerk of the Court shall remove Exhibit A (Dkt. No. 21 at pp. 17-22) from the substantive motion to dismiss (Dkt. No. 21 at pp. 1-16) and attach it as a sealed separate

[1] This case has been referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636.

exhibit (Dkt. No. 21-1) to the motion to dismiss (Dkt. No. 21). It is further

**ORDERED** that as soon as practicable, Defendants shall file a publicly-available redacted version of sealed Exhibit A (Dkt. No. 21-1)

SIGNED this the 19th day of November, 2026.

J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE