**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **JEMIAH HENDRICKS** | § | |
| | § | |
| **V.** | § | **Civil Action No. 4:26-cv-00740-RWS-JBB** |
| | § | |
| **PLANO FAMILY 001, LP; PLANO HOUSING CORPORATION; JEAN BROWN; AND JESSICA STEEP** | §<br>§<br>§ | |

**ORDER**

*Pro se* Plaintiff filed this case against Plano Family 001, LP, Plano Housing Corporation, executive director Jean Brown, and agent/employee Jessica Steep ("Defendants"). Dkt. No. 1. The case was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636. Plaintiff was granted IFP status, and the United States Marshal Service ("USMS") was instructed to serve process upon Defendants. Dkt. Nos. 7, 15. Plaintiff notified the Court of delays in service and the continued absence of documented service. Dkt. Nos. 12, 17. The docket now reflects unexecuted service as to Jessica Steep, Jean Brown, and Plano Family 001, LP (Dkt. Nos. 13, 18, 19), but the docket does not reflect whether service was completed upon Plano Housing Corporation. Meanwhile, on November 18, 2026, Defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).[1] Dkt. No. 21.

Before the Court are several filings regarding the service: (1) Plaintiff's Motion for Authorization of Alternative Service (Dkt. No. 20); (2) Plaintiff's Notice Regarding Unclear Status of Service Following Defendants' Appearance (Dkt. No. 23); and (3) Plaintiff's Motion for Clarification and Accounting of U.S. Marshal Service[2] (Dkt. No. 26). The Court is of the opinion

[1] The motion to dismiss is brought solely under Rule 12(b)(6) for failure to state a claim and does not raise Rule 12(b)(5) insufficiency of service of process as a ground for dismissal.
[2] In her motion for clarification, Plaintiff asks the Court to clarify the status of service of process because the docket reflects multiple unexecuted summonses and does not clearly show whether all defendants, particularly Plano Housing

the motions should be denied as moot at this time. However, if warranted, the Court will address the issue of service with the parties during the December 8, 2026 telephone scheduling conference. It is

**ORDERED** that Plaintiff's Motion for Authorization of Alternative Service (Dkt. No. 20); (2) Plaintiff's Notice Regarding Unclear Status of Service Following Defendants' Appearance (Dkt. No. 23); and (3) Plaintiff's Motion for Clarification and Accounting of U.S. Marshal Service (Dkt. No. 26) are **DENIED as moot**.

SIGNED this the 19th day of November, 2026.

J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE

Corporation, were properly served. Plaintiff notes that defense counsel has appeared and filed responsive pleadings on behalf of all Defendants despite the unclear service record and requests an accounting from the USMS identifying when, how, and on whom service was effected, along with any missing service documentation and a determination whether additional service is necessary.